FRED S. SCHLESINGER, Respondent-Appellant, v. CHARLES PUNIA et al., Individually and as Copartners Doing Business under the Name of PUNIA & MARX, Defendants, and CLEVELAND REALTY CORP., Appellant-Respondent.— Order unanimously affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MISS SUSAN, INC., et al., Respondents, v. ENTERPRISE & CENTURY UNDERGARMENT CO., INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements and items of disbursements, to wit, $613.25 for stenographer's fees and $55.50 for process server's fees disallowed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SOL SCHECHTER, Appellant, v. SUE WILSON, as Receiver of RALPH SCHATZKIN et al., Respondent.— Order so far as appealed from unanimously modified by allowing examination as to item 8 and as so modified affirmed. (*Kessler* v. *North River Realty Co.*, 169 App. Div. 814; *Preiss* v. *O'Donohue*, 173 App. Div. 121.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BROWN BOMBER BAKING CO., INC., Respondent, v. I. KALFUS CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Appointment of a Committee for the Person and Property of HENRY AMDUR, an Alleged Incompetent. FLORA AMDUR, Respondent; SAMUEL AMDUR et al., Appellants.— Order so far as appealed from unanimously modified by reducing the amount allowed to the attorney for the petitioner to the sum of $500 and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ELSIE JELLINEK, Appellant, v. LIBERTY BANK OF BUFFALO, as Administrator of the Estate of EDWARD L. JELLINEK, Deceased, Respondent.— Order so far as appealed from affirmed, with $20 costs and disbursements. Bill of particulars to be served within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents. [See *post*, p. 773.]

EMANUEL N. BISSO, Respondent, v. MILDRED B. BISSO et al., Appellants.— Order unanimously modified by eliminating items 4 and 6 of the order to show cause and as so modified affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ESTHER M. BROCK, Respondent, v. BENROSE HOLDING CORPORATION et al., Defendants; JULIUS PRESBERGER et al., Appellants, and JACOB DUBINSKY et al., Impleaded Defendants.— Order so far as appealed from unanimously reversed, with $20 costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NEW YORK TRUST COMPANY et al., as Trustees under Indenture made by ELIZABETH K. DAVIS, v. FLORENCE D. BULL et al., and ARTHUR W. SMITH.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 684.]